W. CARL HANKLA
Trial Attorney, Tax Division
U.S. Dept. of Justice
Post Office Box 683, Ben Franklin Station
Washington, D.C., 20044-0683
Telephone:    (202) 307-6448
Facsimile:    (202) 307-0054
w.carl.hankla@usdoj.gov

Attorney for Plaintiff United States of America

STEVEN R. MATHER (CBN 109566)
MATHER LAW CORPORATION
9777 Wilshire Blvd., Suite 805
Beverly Hills, CA 90212
Telephone: (310) 278-6088
Fax:           (310) 278-4805
Email:   smather@matherlawcorp.com

Attorney for Defendant A.A.E.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CV-00698-AWI-JLT |
| Plaintiff, | STIPULATION TO EXTEND TIME FOR DEFENDANT A.A.E. TO RESPOND TO PLAINTIFF'S COMPLAINT; ~~PROPOSED~~ ORDER (Doc. 8) |
| vs. | |
| ESTATE OF GARY LEON EYRAUD; GARY EYRAUD FAMILY TRUST; CHAD EYRAUD and KYDARAN PASCOE, as Co-Executors of the Estate of Gary Leon Eyraud and Co-Trustees of the Gary Eyraud Family Trust and Individually, and A.A.E., LLC, a California Limited Partnership, | |
| Defendants. | |

Plaintiff United States of America and Defendant A.A.E., LLC, a

California Limited Partnership (A.A.E.), hereby stipulate and request that the

court enter an order extending the time for Defendant A.A.E. to file an answer or other responsive pleading until August 1, 2017.  Good cause exists for this request:

1.    Plaintiff filed its complaint on May 19, 2017.

2.    A.A.E. was apparently served properly with a copy of the complaint on May 25, 2017.

3.    A.A.E.'s counsel was mistakenly notified that service on A.A.E. was accomplished on June 1, 2017.

4.    On June 20, 2017, counsel for the plaintiff and counsel for A.A.E. discussed the pending matter and counsel for the plaintiff informed counsel for A.A.E. that (1) the responsive pleading deadline was June 15, 2017; and (2) counsel for the plaintiff had previously agreed to an extension of the answer deadline for all defendants with counsel for the other parties.

5.    Counsel for the plaintiff and A.A.E. are engaged in discussions to resolve this matter without the need for further litigation.  An extension of the responsive pleading deadline until August 1, 2017 would allow this dialogue to continue.

6.    The extended responsive pleading deadline of August 1, 2017 will not affect any deadlines currently set in this matter.

The parties respectfully request that the Court so order that the responsive pleading deadline is extended to August 1, 2017.


Dated:      June 21, 2017

                                        By:    _____
                                               W. CARL HANKLA
                                               United States Department of Justice


                                               Attorneys for Plaintiff United States
                                                  of America




Dated:      June 21, 2017

                                        By:    _____
                                               STEVEN R. MATHER
                                               Mather Law Corporation

                                               Attorneys for Defendant A.A.E.

                              **ORDER**


IT IS SO ORDERED.

        Dated:   **June 22, 2017**              _____**/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE

## **ORDER**

Pursuant to the parties' stipulation and for good cause shown, defendant A.A.E.'s deadline to file an answer or responsive pleading is extended to August 1, 2017.