|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>ESTATE OF GARY LEON EYRAUD, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00698-AWI-JLT<br><br>ORDER APPROVING STIPULATION TO EXTEND THE DEADLINE FOR THE RESPONSIVE PLEADINGS AND THE SCHEDULING CONFERENCE<br>(Doc. 14) |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Based upon the parties' stipulation, the Court **ORDERS**:

1. Responsive pleadings **SHALL** be filed no later than **November 1, 2017**;

2. The scheduling conference is **CONTINUED** to **November 16, 2017**. The parties **SHALL** file a joint scheduling conference report no later than **November 9, 2017**.

IT IS SO ORDERED.

Dated:   **July 27, 2017**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE