UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF GARY LEON EYRAUD, et al.,<br><br>Defendants. | Case No. 1:17-cv-00698-AWI-JLT<br><br>ORDER APPROVING STIPULATION TO (1) EXTEND TIME TO FILE JOINT SCHEDULING REPORT, (2) CONTINUE SCHEDULING CONFERENCE, and (3) EXTEND TIME TO ENTER SCHEDULING CONFERENCE ORDER |

Upon review of the parties' Stipulation to (1) Extend Time to File Joint Scheduling Report, (2) Continue Scheduling Conference, and (3) Extend Time to Enter Scheduling Conference Order, the Court finds that it is supported by good cause. Accordingly, the Court **ORDERS**:

1. The stipulation is **GRANTED**;

2. The parties SHALL file the Joint Scheduling Report no later than January 11, 2018;

1

3. The Scheduling Conference is CONTINUED to January 25, 2018 at 9:00 a.m.

IT IS SO ORDERED.

    Dated:   **November 8, 2017**            **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE