# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>ESTATE OF GARY LEON EYRAUD; GARY EYRAUD FAMILY TRUST, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00698-AWI-JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE |

Based upon the stipulation of counsel, which reports that they have reached a settlement in principle, the Court **GRANTS** the request to continue the mandatory scheduling conference to February 22 2018, at 8:45 a.m. The joint scheduling report **SHALL** be filed at least one week in advance.

IT IS SO ORDERED.

    Dated: **January 12, 2018**           **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE